IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMIEN GREEN,

                                              ORDER

                   Plaintiff,

v.                                           11-cv-131-slc

GREGORY GRAMS, Warden;
HEAD OF FOOD SERVICE AT CCI;
CAPT. MORGAN, Unit Manager at DSI hole;
SECURITY DIRECTOR of DSI HOLD and CCI;
ALL OFFICERS THAT WORK IN CCI HOLE;
JANE DOES 1-12, JOHN DOES 1-12 and
HEAD CHAPLAIN AT CCI;

                  Defendants.

---

Plaintiff Damien Green, a prisoner at Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff submits a trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because the financial statement he submitted with his complaint does not cover the full six-month period immediately preceding the filing of his complaint.

Plaintiff's complaint was filed on February 16, 2011. His trust fund account statement should cover the six-month period beginning approximately August 16, 2010 and ending approximately February 16, 2011. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show

a copy of this order to jail officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Damien Green may have until March 16, 2011, in which to submit a certified copy of his trust fund account statement for the period beginning approximately August 16, 2010 and ending approximately February 16, 2011. If, by March 16, 2011, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 25th day of February, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge