IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN,

    Plaintiff,

v.

GREGORY GRAMS, HEAD OF FOOD
SERVICE AT CCI, CHAPLAIN AT CCI,
UNIT MANAGER OF DS1 HOLE,
CAPT. MORGAN, SECURITY DIRECTOR of
DS1 HOLE and CCI, ALL OFFICERS in CCI
HOLE, JANE DOES 1-12, JOHN DOES 1-12,
DEPUTY WARDEN TIM DOUMA,
JANEL NIKLE and SGT. MILLONG,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-131-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to comply with Fed. R. Civ. P. 8.

_____
Peter Oppeneer, Clerk of Court

9/19/12
Date